947 F.2d 936
 Longenberger (Barry, Beverly)
v.
Jumper (Harry), Smith (Theodore), Sutliff (Rosemary), Samsel
(Douglas), Orner (Robert), McCreary (Jay), Waltman
(William), Cole (Gary), Schalles (Rodney), Markle (Lester),
Zoning Hearing Board of Borough of Nescopeck, Council of
Nescopeck, Borough of Nescopeck
 NO. 91-5330
 United States Court of Appeals,
Third Circuit.
 OCT 21, 1991
 
 Appeal From: M.D.Pa.,
 Conaboy, J.
 
 
 1
 AFFIRMED.